FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONAH DILLARD,<br><br>                Plaintiff,<br><br>     v.<br><br>BLACKSTONE/OTR, L.L.C., a Georgia Corporation,<br><br>                Defendant. | No. 2:17-CV-00130-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 4, 2017, the parties filed a stipulated dismissal, ECF No. 27. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation and Order of Voluntary Dismissal, **ECF No. 27**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of December 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2